**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) **Case No.** 15-20632 GLT |
|  | ) **Chapter** 13 |
| Eve F. Beahm, | ) **Related Document No.** 65-61 |
|  | ) **Conciliation Conf.** 10/12/17 @ 10:00 a.m. |
| **Debtor.** | ) Document No. |

## DOCUMENTARY PROOF OF PAYMENT

1. The Debtor submitted seven (7) plan payments totaling $2,500.00 since the Ronda, J. Winnecour, Chapter 13 Trustee, filed and served the Certificate of Default on July 20, 2017, at Document No. 61.

2. Attached are copies of the money order receipts.

3. Attached is a copy of the Trustee's printout of the Debtor's payment history of receipts indicating the amounts and dates of payments received by the Chapter 13 Trustee.

**Respectfully submitted,**

Date: September 18, 2017

BY: /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

BY: /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

MONEY ORDER RECEIPT - NON NEGOTIABLE

Paying your bills should be fast and easy! With Western Union Pa you can pay thousands of billers, including utility, credit card and auto companies. To learn more, visit billpay.wu.com today.

AGT 217446 LOC 000246 DT 080517 $500.00 5HUNDREDDOLLARS AND NO CENTS

Payable to: _____

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 17605840618 *



MONEY ORDER RECEIPT - NON NEGOTIABLE

Paying your bills should be fast and easy! With Western Union Pa you can pay thousands of billers, including utility, credit card and auto companies. To learn more, visit billpay.wu.com today.

AGT 217446 LOC 000246 DT 080517 $500.00 5HUNDREDDOLLARS AND NO CENTS

Payable to: _____

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 17605840616 *



**MONEY ORDER RECEIPT - NON NEGOTIABLE**

There's a better way to send cash!
Download the Western Union app and click pay in cash!

AGT 217446  LOC 000246  DT 080517  $500.00  5HUNDREDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 17605840621 \*

---

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

Paying your bills should be fast and easy! With Western Union Pa
you can pay thousands of billers, including utility, credit card
and auto companies. To learn more, visit billpay.wu.com today.

AGT 217446  LOC 000246  DT 080517  $500.00  5HUNDREDDOLLARS AND NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 17605840620 \*



**LOAD THIS DIRECTION, THIS SIDE UP** →

MONEY ORDER RECEIPT - NON NEGOTIABLE

There's a better way to send cash!
Download the Western Union app and click pay in cash.

AGT 2178446  LOC 00002246  DT 0806517  $500.00  FIVE HUNDRED DOLLARS AND NO CENTS

Payable to:

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

PURCHASE AGREEMENT: You, the purchaser, agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund it lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc. Englewood, Colorado. For customer service, call 1-800-999-9660.



* 17605840619 *

LOAD THIS DIRECTION, THIS SIDE UP →

# FINANCIAL SUMMARY - CASE 15-20632

**EVE F. BEAHM paying $1,482.71 MONTHLY**

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date ▼  Select Claim ID ▼  Select Payee Name ▼  Check Status: Cleared  Stale Dated  Stop Payment  Cancelled  Voided  Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 8/21/2017 | | | 5840620 8/5/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/21/2017 | | | 5840621 8/5/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/21/2017 | | | 5840616 8/5/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/21/2017 | | | 5840619 8/5/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/21/2017 | | | 19446764 8/10/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/21/2017 | | | 19446765 8/10/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/21/2017 | | | 5840618 8/5/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 7/10/2017 | | | 67123921 7/3/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 7/10/2017 | | | 67123920 7/3/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 6/13/2017 | | | 3670351 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 6/13/2017 | | | 3670352 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 5/10/2017 | | | 9528123 5-5-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 5/10/2017 | | | 9528124 5-5-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $480.00 | | |
| 5/10/2017 | | | 9528122 5-5-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 4/12/2017 | | | 9527614 4-7-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 4/12/2017 | | | 9527615 4-7-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 4/12/2017 | | | 9527616 4-7-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 3/1/2017 | | | 510980925 2-24-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $450.00 | | |
| 3/1/2017 | | | 510980924 2-24-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 2/6/2017 | | | 510979988 1-30-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $400.00 | | |
| 2/6/2017 | | | 510979987 1-30-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/12/2016 | | | 7514291 12-2-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/12/2016 | | | 7514292 12-2-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/5/2016 | | | 501405543 11-28-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/1/2016 | | | 1348600 11-19-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/1/2016 | | | 1348599 11-19-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 11/21/2016 | | | 6812959 11-12-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 11/4/2016 | | | 486279793 10-30-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 11/4/2016 | | | 486279794 10-30-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 9/15/2016 | | | 86077081 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 9/15/2016 | | | 46216363 9/2/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 9/15/2016 | | | 58929075 9/9/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/4/2016 | | | 1329185 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/4/2016 | | | 5273759 7-28-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 7/13/2016 | | | 16586819 6/29/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 7/13/2016 | | | 71131584 7/7/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 6/9/2016 | | | 390768718 6-4-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 6/9/2016 | | | 390768717 6-4-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 6/9/2016 | | | 390761807 5-17-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 5/9/2016 | | | 80882558 5-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 5/9/2016 | | | 80882557 5-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 5/9/2016 | | | 80882556 5-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 3/28/2016 | | | 70412958 3/14/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 3/28/2016 | | | 70413219 3/19/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 3/28/2016 | | | 67581176 3/25/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 2/9/2016 | | | 144213538 1-28-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 2/9/2016 | | | 342680870 2-5-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 2/9/2016 | | | 342680871 2-5-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $250.00 | | |
| 1/19/2016 | | | 1835965 1-14-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $250.00 | | |
| 1/4/2016 | | | 305569374 12-27-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $250.00 | | |
| 1/4/2016 | | | 305569373 12-27-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 1/4/2016 | | | 305569372 12-27-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/7/2015 | | | 7365859 11/27/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 12/7/2015 | | | 7365860 11/27/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $250.00 | | |

| Date | | | Reference | Description | Amount | |  |
|---|---|---|---|---|---|---|---|
| 11/16/2015 | | | 5575800 11-13-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 11/16/2015 | | | 5575799 11-13-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $250.00 | | |
| 10/13/2015 | | | 7364843 10-6-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 10/13/2015 | | | 7364844 10-6-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $300.00 | | |
| 8/17/2015 | | | 196779434 8-11-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/4/2015 | | | 32584987 7/28/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $600.00 | | |
| 7/20/2015 | | | 33930240 7/14/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $250.00 | | |
| 7/20/2015 | | | 33930239 7/14/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 5/19/2015 | | | 198158429 5-15-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 4/13/2015 | | | 80680945 4-10-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $300.00 | | |
| | | | | **Totals:** | **$30,030.00** | **$0.00** | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 15-20632 GLT |
| | ) **Chapter** 13 |
| Eve F. Beahm, | ) **Related Document No.** 65-61 |
| | ) **Conciliation Conf.** 10/12/17 @ 10:00 a.m. |
| **Debtor.** | ) **Document No.** |

## CERTIFICATE OF SERVICE of Documentary Proof of Payment

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 18, 2017.

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 18, 2017     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**