# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** EVE F. BEAHM
**Case Number:** 15-20632-GLT   **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 12, 2017 10:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matters:

1) #61 - Trustee's Certificate of Default to Dismiss
   #69 - Response by Debtor
   R / M #: 61 / 0

2) #64 - Amended Plan Dated 9-7-17 (FC)
   R / M #: 64 / 0

### Appearances:

Valencik

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __1/11/18__ at __1:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/4/2017   11:35:51AM