# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No. 15-20632 GLT** |
| Eve F. Beahm, | ) |
| **Debtor,** | ) **Chapter** 13 |
| PNC Bank, National Association | ) |
| **Movant,** | ) **Related Claim No. 5** |
| vs. | ) |
| Eve F. Beahm, | ) |
| **Respondent.** | ) **Document No.** |

## DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT

**AND NOW,** comes the Debtor, Eve F. Beahm, by and through her attorneys, CALAIARO VALENCIK and David Z. Valencik, and presents the following:

1. This case was originally filed on February 26, 2015.

2. A notice of mortgage payment change was filed on November 2, 2017, change the Debtors Mortgage payment to $627.18.

3. The Debtor's Amended Plan dated September 7, 2017 provides for a payment in the amount of $644.06

4. There is no reason to amend the Debtor's Chapter 13 Plan.

        **Respectfully submitted,**

**DATED: November 22, 2017**          **BY:**/s/ David Z. Valencik
        **Donald R. Calaiaro, Esquire, PA I.D. #27538**
        dcalaiaro@c-vlaw.com
        **David Z. Valencik, Esquire, PA I.D. #308361**
        dvalencik@c-vlaw.com
        **CALAIARO VALENCIK**
        **428 Forbes Avenue, Suite 900**
        **Pittsburgh, PA  15219-1621**
        **(412) 232-0930**