# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** EVE F. BEAHM
**Case Number:** 15-20632-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 11, 2018 01:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matters:*

1) #61 - Continued Trustee's Certificate of Default to Dismiss
   R / M #: 61 / 0

2) #64 - Continued Confirmation of Plan Dated 9/7/2017 (FC)
   R / M #: 64 / 0

## *Appearances:*

*Kaminski*

Debtor:
Trustee: Winnecour / (Pail) / Katz

Creditor:

## *Proceedings:*

Outcome:    *Bower-Sheats  Daniel Beahm*

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to 3/29/18 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2018    2:00:04PM