# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | EVE F. BEAHM |
| Case Number: | 15-20632-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 29, 2018 02:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matters:

1) #61 - Continued Trustee's Certificate of Default to Dismiss
   R / M #: 61 / 0

2) #64 - Continued Confirmation of Plan Dated 9/7/2017 (FC)
   R / M #: 64 / 0

### Appearances:

Debtor: Valencik
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*R. frank – Dan Beahm*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 6/14/18 at 2:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/23/2018    1:05:49PM

[RECEIVED 2018 APR -2 P 4:40 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]