# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-20632 GLT |
| Eve F. Beahm, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Standing Chapter 13 Trustee and | ) |
| Eve F. Beahm | ) |
| **Movants,** | ) **Related Document No.** 90 |
| **vs.** | ) |
| University of Maryland Capital Region | ) |
| Health, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number and the Wage Attachment Order dated May 17, 2018**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 18, 2018.

**Service by First Class Mail**:

University of Maryland Capital Region Health, Attn: Payroll Department, 7300 Van Dusen Road, Laurel, MD 20707
Eve F. Beahm, 135 Lebeouf Drive, New Kensington, PA 15068

**Service by NEF**:

Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA  15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail or Electronic Notification

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** May 18, 2018    **BY:**    /s/ Donald R. Calaiaro
    **Donald R. Calaiaro, Esquire, PA I.D. #27538**
    dcalaiaro@c-vlaw.com
    **BY:**    /s/ David Z. Valencik
    **David Z. Valencik, Esquire,   PA I.D. #308361**
    dvalencik@c-vlaw.com
    **BY:**    /s/ Michael Kaminski
    **Michael Kaminski, Esquire,   PA I.D. 53493**
    mkaminski@c-vlaw.com

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>Eve F. Beahm<br>      **Debtor.** | ) **Bankruptcy No.** 15-20632 GLT<br>)<br>) **Chapter** 13 |

### NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **University of Maryland Capital Region Health**

Debtor's name: **Eve F. Beahm**

Debtor's nine digit social security number: **xxx-xx-8607** (number on Notification to Employer)

Debtor's address: **135 Lebeouf Drive, New Kensington, PA 15068**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the Debtor's wages. The Debtor's social security number is being provided to assist in complying with the Court Order.

**Dated:** May 18, 2018

**BY:**     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**BY:**     /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com

**BY:**     /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com

**CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930**