Case 15-20632-GLT    Doc 96    Filed 06/08/18    Entered 06/08/18 12:54:49    Desc Main
Document      Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>EVE F. BEAHM,<br>    **Debtor(s)** | Bankruptcy No. 15-20632-GLT<br><br>Chapter 13 |
| AMERICREDIT FINANCIAL<br>SERVICES, INC. dba GM FINANCIAL,<br>    **Movant** | Related To Document No. 94 and 95 |
| v.<br>EVE F. BEAHM,<br>    **Respondent(s)** | **Response Deadline:  6/25/18**<br><br>**Hearing Date:  7/18/18 at 10:00 AM** |
| RONDA J. WINNECOUR,<br>    **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on June 8, 2018 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Eve F. Beahm<br>135 Lebeouf Drive<br>New Kensington, PA 15068<br>(Debtor) | Donald R. Calaiaro, Esq.<br>Calaiaro Valencik<br>428 Forbes Avenue, Suite 900<br>Pittsburgh, PA 15219<br>(Attorney For Debtors) |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com