IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| EVE F. BEAHM, ) | Bankruptcy No. 15-20632-GLT |
| **Debtor(s)** ) | |
| ) | Chapter 13 |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC. dba GM FINANCIAL, ) | |
| **Movant** ) | Related to Document No. 102 |
| ) | |
| v. ) | |
| EVE F. BEAHM, ) | **Response Deadline:  6/25/18** |
| **Respondent(s)** ) | |
| ) | **Hearing Date:  7/18/18 at 10:00 AM** |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

## CERTIFICATE OF SERVICE

I, William E. Craig, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify

that I am more than 18 years of age and that on June 29, 2018, I served by United States mail, first

class, postage prepaid, the Default Order on Motion for Relief from Automatic Stay in this

proceeding on:

Eve F. Beahm                                    Donald R. Calaiaro, Esq.
135 Lebeouf Drive                           Calaiaro Valencik
New Kensington, PA 15068            428 Forbes Avenue, Suite 900
(Debtor)                                          Pittsburgh, PA 15219
                                                       (Attorney for Debtors)


Ronda J. Winnecour                        Office of the United States Trustee
Suite 3250, USX Tower                   Liberty Center
600 Grant Street                              1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15219                      Pittsburgh, PA 15222
(Trustee)                                          (U.S. Trustee)


I certify under penalty of perjury that the foregoing is true and correct.

/s/William E. Craig, Esquire
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100