# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-20632 GLT |
| Eve F. Beahm, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Standing Chapter 13 Trustee and | ) |
| Eve F. Beahm | ) |
| **Movants,** | ) **Related Document No.** 124-123 |
| **vs.** | ) |
| University of Maryland Capital Region | ) |
| Health, | ) |
| **Respondent.** | ) **Document No.** |

### CERTIFICATE OF SERVICE OF Notification of Debtor's Social Security Number and Amended Wage Attachment Order dated March 20, 2019

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 20, 2019.

**Service by First Class Mail**:
University of Maryland Capital Region Health, Attn: Payroll Department, 7300 Van Dusen Road, Laurel, MD 20707
Eve F. Beahm, 135 Lebeouf Drive, New Kensington, PA 15068
**Service by NEF**:
Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA  15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** March 20, 2019    **BY:**     /s/ Donald R. Calaiaro    _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**BY:**     /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 15-20632 GLT |
| Eve F. Beahm | ) |
| **Debtor.** | ) **Chapter** 13 |

### NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

Name of employer or other party subject to wage attachment: **University of Maryland Capital Region Health**

Debtor's name:  **Eve F. Beahm**

Debtor's nine digit social security number:  **xxx-xx-8607** (number on Notification to Employer)

Debtor's address: **135 Lebeouf Drive, New Kensington, PA 15068**

This notification is accompanied by a Wage Attachment Order issued by a United States Bankruptcy Judge regarding attachment of the Debtor's wages. The Debtor's social security number is being provided to assist in complying with the Court Order.

**Dated:** March 20, 2019

**BY:**     /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**     /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**