**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 15-20632 GLT |
| Eve F. Beahm, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Eve F. Beahm, | ) |
|     **Movant,** | ) **Hearing Date:** 07/03/19 @ 10:30 a.m. |
|     vs. | ) **Response Due:** 06/21/19 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     **Respondent.** | ) **Related to Document No. 126-127** |

**<u>CERTIFICATION OF NO OBJECTION REGARDING</u>**
**Motion to Employ Special Counsel- Document No. 126**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** filed on June 4, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Special Counsel t** were to be filed and served no later than June 21, 2019.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Special Counsel** be entered by the Court.

**Dated:** June 24, 2019        /s/ Donald R. Calaiaro
                                                **Donald R. Calaiaro, Esquire, PA I.D. #27538**
                                                **dcalaiaro@c-vlaw.com**
                                                /s/ David Z. Valencik
                                                **David Z. Valencik, Esquire,   PA I.D. #308361**
                                                **dvalencik@c-vlaw.com**
                                                **CALAIARO VALENCIK**
                                                **938 Penn Avenue, 5th Fl., Suite 501**
                                                **Pittsburgh, PA  15222**
                                                **(412) 232-0930**