# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 15-20632 GLT |
| Eve F. Beahm, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Eve F. Beahm, | ) |
|     **Movant,** | ) **Hearing Date:** 07/03/19 @ 10:30 a.m. |
|     vs. | ) **Response Due:** 06/21/19 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     **Respondent.** | ) **Related to Document No.** 130-131 |

## Supplemental CERTIFICATE OF SERVICE OF Order Approving Special Counsel for the Debtor

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **June 27, 2019.**

J.P. Fridy, Esquire, The Law Firm of Fridy & Glymour, P.C., 12 Eastern Avenue, Suite 204, Pittsburgh, PA 15215

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First-Class Mail**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** June 27, 2019

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**