

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1520632

DEBTOR(S):

Eve F Beahm

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $5,745.93

CREDITOR'S SIGNATURE:

/s/ Stacie Rhoades

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

12/13/2019