FILED
7/7/20 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-20632 GLT |
| Eve F. Beahm ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Related to Document No. 151 |

### CONSENT ORDER AMENDING CONFIRMATION ORDER ENTERED ON JUNE 23, 2020

WHEREAS, a Confirmation Order was entered on June 23, 2020, confirming Debtor's Amended Chapter 13 Plan with a plan term of 68 months.

WHEREAS, the Trustee and the Debtor have determined that the Debtor's Plan requires a plan term of 78 months to be feasible.

This 7th day of July 2020, it is hereby ORDERED that the Confirmation Order entered on June 23, 2020 is amended to extend the plan term to 78 months.

_____
Gregory  Taddonio    **jah**
U.S. Bankruptcy Judge

Consented to:

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

/s/ Mark B. Peduto
Mark B. Peduto, Esquire
Attorney for debtor
Calaiaro Valencik
938 Penn Ave Ste 501
Pittsburgh, PA  15222
(412) 232-0930
mpeduto@c-vlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 15-20632-GLT
Eve F. Beahm                                                      Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dkam              Page 1 of 2            Date Rcvd: Jul 07, 2020
                               Form ID: pdf900         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db            +Eve F. Beahm,    135 Lebeouf Drive,    New Kensington, PA 15068-9357
cr            +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
sp            +J. P. Fridy,    law firm of Fridy & Glymour, P.C.,    12 Eastern Avenue,    Suite 204,
                Pittsburgh, PA 15215-3038
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14076042       American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
14001824      +Capital One,    P.O. Box 98873,    Las Vegas, NV 89193-8873
14001826      +Jennifer L. Frechie, Esq.,    701 Market Street, Suite 500,    Philadelphia, PA 19106-1538
14001827       PA SCDU,    P.O. Box 69110,    Harrisburg, PA 17106-9110
14001828       PNC Bank Mortgage,    332 Newmark Drive,    Miamisburg, OH 45342
14073739      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14047057      +Peoples Natural Gas Company LLC Equitable Division,     225 North Shore Drive,
                Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14001829      +Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 04:58:31     LVNV Funding LLC,
                c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14014216       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 08 2020 05:04:09
                AmeriCredit Financial Services, Inc.,    P O Box 183853,    Arlington, TX 76096
14012852      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 08 2020 05:04:09
                AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
14067793      +E-mail/Text: kburkley@bernsteinlaw.com Jul 08 2020 05:05:20     Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14001825      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 08 2020 05:04:09       Gm Financial,
                P.O. Box 183834,    Arlington, TX 76096-3834
14075645       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 05:00:10
                LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14027975      +E-mail/Text: bncmail@w-legal.com Jul 08 2020 05:04:52     TD BANK USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
                                                                                             TOTALS: 2, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              David Z. Valencik    on behalf of Debtor Eve F. Beahm dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
```

```
District/off: 0315-2          User: dkam                Page 2 of 2               Date Rcvd: Jul 07, 2020
                              Form ID: pdf900           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Donald R. Calaiaro    on behalf of Debtor Eve F. Beahm dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com
          James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Mark B. Peduto    on behalf of Debtor Eve F. Beahm mpeduto@c-vlaw.com,
           jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc. dba GM Financial
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                         TOTAL: 11