**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

  EVE F. BEAHM

          Debtor(s)

Ronda J. Winnecour, Trustee

  Movant

    vs.

EVE F. BEAHM

         Respondents

Case No.15-20632GLT

Chapter 13

Related to Dkt. No. 158

FILED
10/21/20 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   21st   day of   October  2020,              it is hereby ORDERED, ADJUDGED, and DECREED that,

University Of Maryland Capital Regional Health
Attn: Payroll Department
7300 Van Dusen Rd
Laurel,MD 20707

is hereby ordered to immediately terminate the attachment of the wages of EVE F. BEAHM,

social security number XXX-XX-8607.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of EVE F. BEAHM.

BY THE COURT:

GREGORY L. TADDONIO  **jah**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 15-20632-GLT

Eve F. Beahm                                                                    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID          Recipient Name and Address**
db                 + Eve F. Beahm, 135 Lebeouf Drive, New Kensington, PA 15068-9357

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Eve F. Beahm dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Eve F. Beahm dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |

District/off: 0315-2                         User: dkam                                    Page 2 of 2

Date Rcvd: Oct 21, 2020                      Form ID: pdf900                          Total Noticed: 1

          on behalf of Debtor Eve F. Beahm mpeduto@c-vlaw.com
          jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
          ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
          on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

S. James Wallace
          on behalf of Creditor Equitable Gas Bankruptcy Department sjw@sjwpgh.com
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

William E. Craig
          on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 11