Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Eve F. Beahm** : | Case No. 15−20632−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | |
| v. : | Related to Document No. 164 |
| **No Respondents** : | |
| *Respondent(s).* : | Hearing Date: 2/10/21 at 11:00 AM |
| : | |
| : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 25th of November, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 164 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before January 11, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *February 10, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Eve F. Beahm  
    Debtor(s)

Case No. 15-20632-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 3  
Date Rcvd: Nov 25, 2020     Form ID: 604     Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eve F. Beahm, 135 Lebeouf Drive, New Kensington, PA 15068-9357 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| sp | + | J. P. Fridy, law firm of Fridy & Glymour, P.C., 12 Eastern Avenue, Suite 204, Pittsburgh, PA 15215-3038 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14076042 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14001824 | + | Capital One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14001826 | + | Jennifer L. Frechie, Esq., 701 Market Street, Suite 500, Philadelphia, PA 19106-1538 |
| 14001827 | | PA SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14073739 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45432 |
| 14001828 | | PNC Bank Mortgage, 332 Newmark Drive, Miamisburg, OH 45342 |
| 14047057 | + | Peoples Natural Gas Company LLC Equitable Division, 225 North Shore Drive, Pittsburgh, PA 15212-5860, Attn: Dawn Lindner |
| 14001829 | + | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2020 03:33:45 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14014216 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2020 03:42:00 | AmeriCredit Financial Services, Inc., P O Box 183853, Arlington, TX 76096 |
| 14012852 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2020 03:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14067793 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 26 2020 03:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14001825 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 26 2020 03:42:00 | Gm Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14075645 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2020 03:33:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14073739 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 26 2020 03:28:00 | PNC Bank, N.A., Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45432 |
| 14027975 | + | Email/Text: bncmail@w-legal.com | Nov 26 2020 03:44:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 8

District/off: 0315-2 | User: jhel | Page 2 of 3
Date Rcvd: Nov 25, 2020 | Form ID: 604 | Total Noticed: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2020                     Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David Z. Valencik | on behalf of Debtor Eve F. Beahm dvalencik@c-vlaw.com cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Eve F. Beahm dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Debtor Eve F. Beahm mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

District/off: 0315-2 User: jhel Page 3 of 3
Date Rcvd: Nov 25, 2020 Form ID: 604 Total Noticed: 19
TOTAL: 11